JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON NEAL, | Case No. CV 23-2921 CAS (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. ENGLMAN, Warden,[1] | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: August 9, 2024

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] J. Englman, Warden at FCI Terminal Island, where Petitioner is currently housed, is substituted for "Warden," the Respondent named in the Petition. Fed. R. Civ. P. 25(d).